

RECEIVED
IN LAKE CHARLES, LA
NOV 14 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:13CR 00057-005 |
| VS. | : | JUDGE MINALDI |
| CHRIS JAMES LEONARD | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Before the court are the defendant's objections to the Presentence Report ("PSR") prepared by the Probation Department.

In his first objection, the defendant argues that his role in the offense should have been decreased by 2, if not 4, points as a minor or minimal participant. Probation responds that, because Leonard was not convicted of the conspiracy contained in Count 1 of the Indictment, he was not held accountable for all of the activities of the conspiracy. He was only held accountable for the checks that he actually handled. Had he been liable for the amount attributed to the entire conspiracy, a reduction may have been warranted. The court finds that because Leonard was held accountable for only his portion of the conspiracy, and not the entire conspiracy, no role reduction is warranted. This objection is OVERRULED.

In the second objection, the defendant argues that he should have received 3 points for acceptance of responsibility. Pursuant to USSG §3E1.1, one is only entitled to a three point reduction if his offense level is sixteen (16) or higher. Because Leonard's total offense level is nine

(9), a three point reduction is not warranted. This objection is OVERRULED.

Lake Charles, Louisiana, this 14 day of ~~October~~ November, 2013.

*[signature]*
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE